Certificate Number: 05781-NJ-DE-037166766

Bankruptcy Case Number: 23-10657



05781-NJ-DE-037166766

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 7, 2023, at 4:15 o'clock PM PST, Diana Gonzalez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   February 7, 2023                By:    /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title: President