Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−10657−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert DeJesus
126 Westbrook Drive
Swedesboro, NJ 08085−2535

Diana Gonzalez
aka Diana Centeno
126 Westbrook Drive
Swedesboro, NJ 08085−2535

Social Security No.:
  xxx−xx−6880                                  xxx−xx−5078

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 30, 2023.

Dated: November 30, 2023
JAN: har

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10657-ABA |
| Robert DeJesus | Chapter 13 |
| Diana Gonzalez | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 30, 2023 | Form ID: plncf13 | Total Noticed: 82 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Robert DeJesus, Diana Gonzalez, 126 Westbrook Drive, Swedesboro, NJ 08085-2535 |
| 519821767 | + | Bridgeton Onized Federal Credit Union, PO Box 2430, 2550 S Main Rd., Vineland, NJ 08360-7138 |
| 519821782 | + | Delware Division of Revenue, Carvel State Office Building, 820 N French St., Wilmington, DE 19801-3509 |
| 519821792 | + | Jasper/webbank/corecar, 75 Sullivan St, New York, NY 10012-4710 |
| 519821794 | + | Pepco Holdings, 500 N Wakefield Drive, 92DC42, Newark, DE 19702-5440 |
| 519821798 | + | Sonia H. Ortiz, 218 Belmont Ave., Bridgeton, NJ 08302-4007 |
| 519821799 | + | South Jersey Emergency Physicians, PO Box 27005, Newark, NJ 07101-6705 |
| 519821801 | | South Jersey Radiology Assoc, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519821802 | + | State of New Jersey, Dept. of Labor and Workforce, LWD Benefit Payment Control, PO BOX 650, Trenton, NJ 08646-0650 |
| 519821812 | + | Township of Woolwich, Attn: Tax Office, 120 Village Green Dr., Woolwich, NJ 08085-3180 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 30 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 30 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519821763 | + | Email/Text: backoffice@affirm.com | Nov 30 2023 20:42:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519821764 | ^ | MEBN | Nov 30 2023 20:39:23 | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 519821765 | + | Email/Text: bankruptcy@pepcoholdings.com | Nov 30 2023 20:42:00 | Atlantic City Electric, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519821766 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 30 2023 20:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519872561 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 30 2023 20:41:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519821770 | + | Email/Text: BKPT@cfna.com | Nov 30 2023 20:41:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 519821773 | + | Email/Text: documentfiling@lciinc.com | Nov 30 2023 20:41:00 | COMCAST, PO Box 1931, Burlingame, CA 94011-1931 |
| 519821780 | | Email/Text: cfcbackoffice@contfinco.com | Nov 30 2023 20:42:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 519830401 | | Email/Text: BKPT@cfna.com | Nov 30 2023 20:41:00 | CREDIT FIRST NA, PO BOX 818011, |

Case 23-10657-ABA    Doc 21    Filed 12/02/23    Entered 12/03/23 00:14:01    Desc Imaged
Certificate of Notice    Page 3 of 6

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 5 |
| Date Rcvd: Nov 30, 2023 | Form ID: plncf13 | Total Noticed: 82 |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | CLEVELAND, OHIO 44181-8011 |
| 519821768 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2023 20:56:46 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519838075 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 30 2023 20:57:25 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519821771 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 30 2023 20:57:10 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519861121 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 30 2023 20:57:10 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519821772 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 30 2023 20:57:19 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519821774 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 30 2023 20:42:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519821775 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 30 2023 20:42:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519821776 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 30 2023 20:42:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519821777 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 30 2023 20:42:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519821779 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 30 2023 20:42:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519821778 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 30 2023 20:42:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519821781 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 30 2023 20:56:47 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519821769 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 30 2023 20:41:00 | Cardinal Finance Co/Dovenmuehle Mtg, Attn: Bankruptcy, 1 Corporate Dr. Ste 360, Lake Zurich, IL 60047 |
| 519880530 | | Email/Text: BNCnotices@dcmservices.com | Nov 30 2023 20:42:00 | EMERG CARE SERV OF NEW JERSEY PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519880531 | | Email/Text: BNCnotices@dcmservices.com | Nov 30 2023 20:42:00 | EMERG PHYS ASSOC OF SOUTH JERSEY, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519821784 | | Email/Text: bankruptcycourts@equifax.com | Nov 30 2023 20:42:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 519821783 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 30 2023 20:42:00 | Eos Cca, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 519821785 | ^ | MEBN | Nov 30 2023 20:39:01 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519821786 | | Email/Text: BNSFN@capitalsvcs.com | Nov 30 2023 20:41:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 519821787 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 30 2023 21:07:37 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519868044 | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 30 2023 20:42:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519821788 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 30 2023 20:41:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519821790 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 30 2023 20:41:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |
| 519821789 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 30 2023 20:41:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 519821791 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 30 2023 20:42:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519876603 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 30 2023 20:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519821793 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 30 2023 20:41:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519827472 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2023 20:57:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519843258 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 30 2023 20:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519821795 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 30 2023 20:56:47 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519909128 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 30 2023 21:07:36 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519884592 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 30 2023 20:56:54 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519867939 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 30 2023 20:57:04 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519885293 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2023 20:56:51 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519870345 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 30 2023 20:42:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519875839 | | Email/Text: bnc-quantum@quantum3group.com | Nov 30 2023 20:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519875838 | | Email/Text: bnc-quantum@quantum3group.com | Nov 30 2023 20:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519821796 | + | Email/Text: clientservices@remexinc.com | Nov 30 2023 20:41:00 | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519821803 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 30 2023 20:41:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519821797 | + | Email/Text: bankruptcy@savit.com | Nov 30 2023 20:42:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519821800 | ^ | MEBN | Nov 30 2023 20:40:24 | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 519890387 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Nov 30 2023 20:42:00 | State of Delaware Division of Revenue, PO Box 8763, Wilmington, DE 19899-8763 |
| 519821805 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 30 2023 20:57:16 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519821804 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 30 2023 20:57:16 | Syncb/car Care Contine, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519821806 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 30 2023 20:56:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519822136 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 30 2023 20:57:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519821807 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 30 2023 20:57:16 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519821808 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 30 2023 20:57:08 | Synchrony Bank/Care Credit, Attn: Bankruptcy |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 30, 2023 | Form ID: plncf13 | Total Noticed: 82 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519821809 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 30 2023 20:57:19 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519821810 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 30 2023 20:57:19 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519864857 | + | Email/Text: bncmail@w-legal.com | Nov 30 2023 20:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519821811 | + | Email/Text: bncmail@w-legal.com | Nov 30 2023 20:42:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519821813 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 30 2023 20:42:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 519853083 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 30 2023 20:41:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519821814 | ^ | MEBN | Nov 30 2023 20:39:12 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 519821815 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 30 2023 20:42:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 519821816 | + | Email/Text: LCI@upstart.com | Nov 30 2023 20:41:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519826501 | ^ | MEBN | Nov 30 2023 20:40:01 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519821817 | ^ | MEBN | Nov 30 2023 20:40:39 | Virtua Health, c/o APEX Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 519821818 | ^ | MEBN | Nov 30 2023 20:38:46 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 519851474 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2023 20:56:55 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 72

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519867758 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519862364 | * | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Nov 30, 2023 | Form ID: plncf13 | Total Noticed: 82 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Thomas G. Egner | on behalf of Debtor Robert DeJesus tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| Thomas G. Egner | on behalf of Joint Debtor Diana Gonzalez tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5