Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 4

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-10657 (ABA)

Robert Dejesus and Diana Gonzalez  
126 Westbrook Drive  
Swedesboro, NJ  08085-2535

Monthly Payment: $345.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

### For the period of 01/01/2023 to 12/31/2023
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/15/2023 | $345.00 | 03/16/2023 | $345.00 | 04/17/2023 | $345.00 | 05/15/2023 | $345.00 |
| 06/20/2023 | $345.00 | 07/17/2023 | $345.00 | 08/17/2023 | $345.00 | 09/18/2023 | $345.00 |
| 10/18/2023 | $345.00 | 11/17/2023 | $345.00 | 12/18/2023 | $345.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBERT DEJESUS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,500.00 | $3,118.80 | $1,381.20 | $3,118.80 |
| 1 | AFFIRM, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $2,117.87 | $0.00 | $2,117.87 | $0.00 |
| 3 | ATLANTIC CITY ELECTRIC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA, N.A. | 33 | $3,417.02 | $0.00 | $3,417.02 | $0.00 |
| 5 | BRIDGETON ONIZED FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE, N.A. | 33 | $480.61 | $0.00 | $480.61 | $0.00 |
| 7 | COMCAST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE, N.A. | 33 | $2,908.43 | $0.00 | $2,908.43 | $0.00 |
| 9 | LAKEVIEW LOAN SERVICING, LLC | 24 | $31.73 | $0.00 | $31.73 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,868.05 | $0.00 | $2,868.05 | $0.00 |
| 11 | CITIBANK, N.A. | 33 | $3,291.72 | $0.00 | $3,291.72 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $711.77 | $0.00 | $711.77 | $0.00 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $2,926.59 | $0.00 | $2,926.59 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $669.58 | $0.00 | $669.58 | $0.00 |
| 15 | QUANTUM3 GROUP, LLC | 33 | $1,447.43 | $0.00 | $1,447.43 | $0.00 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $795.57 | $0.00 | $795.57 | $0.00 |
| 17 | QUANTUM3 GROUP, LLC | 33 | $6,615.59 | $0.00 | $6,615.59 | $0.00 |
| 18 | CONTINENTAL FINANCE COMPANY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | LVNV FUNDING, LLC | 33 | $1,207.40 | $0.00 | $1,207.40 | $0.00 |
| 20 | DELWARE DIVISION OF REVENUE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | CAPITAL ONE, N.A. | 33 | $2,521.91 | $0.00 | $2,521.91 | $0.00 |
| 22 | LVNV FUNDING, LLC | 33 | $1,106.80 | $0.00 | $1,106.80 | $0.00 |
| 23 | CREDIT FIRST, N.A. | 33 | $1,154.75 | $0.00 | $1,154.75 | $0.00 |
| 24 | FIRST NATIONAL BANK/LEGACY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | PREMIER BANKCARD, LLC | 33 | $1,063.71 | $0.00 | $1,063.71 | $0.00 |
| 26 | LVNV FUNDING, LLC | 33 | $1,072.50 | $0.00 | $1,072.50 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $593.06 | $0.00 | $593.06 | $0.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $944.19 | $0.00 | $944.19 | $0.00 |
| 29 | DEPARTMENT OF THE TREASURY | 33 | $15,121.21 | $0.00 | $15,121.21 | $0.00 |
| 30 | JASPER/WEBBANK/CORECAR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | KOHLS/CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | PEPCO HOLDINGS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,595.51 | $0.00 | $1,595.51 | $0.00 |
| 34 | LVNV FUNDING, LLC | 33 | $372.12 | $0.00 | $372.12 | $0.00 |
| 35 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $956.15 | $0.00 | $956.15 | $0.00 |
| 36 | SONIA H. ORTIZ | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | SOUTH JERSEY EMERGENCY PHYSICIANS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | SOUTH JERSEY GAS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | SOUTH JERSEY RADIOLOGY ASSOC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | STATE OF NEW JERSEY | 33 | $1,379.59 | $0.00 | $1,379.59 | $0.00 |
| 41 | STATE OF NEW JERSEY | 28 | $2,328.82 | $0.00 | $2,328.82 | $0.00 |
| 42 | SYNCB/OLD NAVY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | SYNCB/CAR CARE CONTINE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $468.16 | $0.00 | $468.16 | $0.00 |
| 45 | SYNCHRONY BANK/AMAZON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | SYNCHRONY BANK/CARE CREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | SYNCHRONY BANK/PC RICHARDS & SONS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $2,687.87 | $0.00 | $2,687.87 | $0.00 |
| 49 | TARGET NB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | TOWNSHIP OF WOOLWICH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | TD BANK USA, N.A. | 33 | $1,403.73 | $0.00 | $1,403.73 | $0.00 |
| 53 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,260.92 | $0.00 | $2,260.92 | $0.00 |
| 54 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | UPSTART NETWORK, INC. | 33 | $3,256.37 | $0.00 | $3,256.37 | $0.00 |
| 56 | VIRTUA HEALTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | WESTLAKE SERVICES, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | DIANA GONZALEZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 60 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | DEPARTMENT OF THE TREASURY | 28 | $10,625.19 | $0.00 | $10,625.19 | $0.00 |
| 62 | STATE OF NEW JERSEY | 33 | $643.01 | $0.00 | $643.01 | $0.00 |
| 63 | PREMIER BANKCARD, LLC | 33 | $909.54 | $0.00 | $909.54 | $0.00 |
| 64 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $309.61 | $0.00 | $309.61 | $0.00 |
| 65 | PINNACLE SERVICE SOLUTIONS, LLC | 33 | $775.00 | $0.00 | $775.00 | $0.00 |
| 66 | APEX ASSET MANAGEMENT, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 67 | CFNA/CREDIT FIRST NATL ASSOC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 68 | CARDINAL FINANCE CO/DOVENMUEHLE MTG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 69 | CITIBANK NORTH AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 70 | COMENITY BANK/KAY JEWELERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 71 | COMENITY BANK/LANE BRYANT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 72 | COMENITY BANK/OVERSTOCK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 73 | COMENITY BK/ULTA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 74 | COMENITYCAPITAL/BOSCOV | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 75 | EOS CCA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 76 | EQUIFAX INFORMATION SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 77 | FORTIVA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 78 | GOLDMAN SACHS BANK USA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 79 | REMEX INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 3 of 4

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-10657 (ABA)

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 80 | SYNCHRONY/ASHLEY FURNITURE HOMESTORE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 81 | TRANSWORLD SYS INC/51 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 82 | LAKEVIEW LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 83 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 84 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 85 | CREDIT FIRST NA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 86 | CAPITAL ONE N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 87 | CITIBANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 88 | EMERG CARE SERV OF NEW JERSEY PA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 89 | EMERG PHYS ASSOC OF SOUTH JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 90 | FLAGSTAR BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 91 | JEFFERSON CAPITAL SYSTEMS LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 92 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 93 | MIDLAND CREDIT MANAGEMENT, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 94 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 95 | PINNACLE SERVICE SOLUTIONS LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 96 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 97 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 98 | PREMIER BANKCARD, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 99 | QUANTUM3 GROUP LLC AS AGENT FOR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 100 | QUANTUM3 GROUP LLC AS AGENT FOR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 101 | STATE OF DELAWARE DIVISION OF REVENUE | 28 | $1,636.35 | $0.00 | $1,636.35 | $0.00 |
| 102 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 103 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 104 | TD BANK USA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 105 | TOYOTA MOTOR CREDIT CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 106 | UPSTART NETWORK, INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 107 | WESTLAKE SERVICES LLC C/O | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 108 | STATE OF DELAWARE DIVISION OF REVENUE | 33 | $193.68 | $0.00 | $193.68 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2023 | 14.00 | $345.00 |
| 04/01/2024 | 34.00 | $730.00 |
| 02/01/2027 | 3.00 | $900.00 |
| 05/01/2027 | 9.00 | $1,400.00 |
| 02/01/2028 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $3,795.00 |
| Total paid to creditors this period: | $3,118.80 |
| Undistributed Funds on Hand: | $311.88 |
| Arrearages: | $345.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**