Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−10657−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert DeJesus
126 Westbrook Drive
Swedesboro, NJ 08085−2535

Diana Gonzalez
aka Diana Centeno
126 Westbrook Drive
Swedesboro, NJ 08085−2535

Social Security No.:
xxx−xx−6880                                           xxx−xx−5078

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 30, 2023.

On 7/17/2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:            August 28, 2024
Time:            10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 18, 2024
JAN: lgr

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-10657-ABA
Robert DeJesus  Chapter 13
Diana Gonzalez
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: 185 | Total Noticed: 82 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Robert DeJesus, Diana Gonzalez, 126 Westbrook Drive, Swedesboro, NJ 08085-2535 |
| 519821767 | + | Bridgeton Onized Federal Credit Union, PO Box 2430, 2550 S Main Rd., Vineland, NJ 08360-7138 |
| 519821782 | + | Delware Division of Revenue, Carvel State Office Building, 820 N French St., Wilmington, DE 19801-3509 |
| 519821794 | + | Pepco Holdings, 500 N Wakefield Drive, 92DC42, Newark, DE 19702-5440 |
| 519821798 | + | Sonia H. Ortiz, 218 Belmont Ave., Bridgeton, NJ 08302-4007 |
| 519821799 | + | South Jersey Emergency Physicians, PO Box 27005, Newark, NJ 07101-6705 |
| 519821802 | + | State of New Jersey, Dept. of Labor and Workforce, LWD Benefit Payment Control, PO BOX 650, Trenton, NJ 08646-0650 |
| 519821812 | + | Township of Woolwich, Attn: Tax Office, 120 Village Green Dr., Woolwich, NJ 08085-3180 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2024 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2024 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519821763 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 18 2024 21:04:17 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519821764 | ^ | MEBN | Jul 18 2024 20:51:39 | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 519821765 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 18 2024 20:54:00 | Atlantic City Electric, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519821766 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2024 20:53:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519872561 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2024 20:53:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519821770 | + | Email/Text: BKPT@cfna.com | Jul 18 2024 20:53:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 519821773 | + | Email/Text: documentfiling@lciinc.com | Jul 18 2024 20:53:00 | COMCAST, PO Box 1931, Burlingame, CA 94011-1931 |
| 519821780 | | Email/Text: cfcbackoffice@contfinco.com | Jul 18 2024 20:54:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 519830401 | | Email/Text: BKPT@cfna.com | Jul 18 2024 20:53:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OHIO 44181-8011 |
| 519821768 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| | | | |
|---|---|---|---|
| | | Jul 18 2024 21:16:47 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519838075 | + Email/PDF: ebn_ais@aisinfo.com | Jul 18 2024 21:04:48 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519821771 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2024 21:27:59 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519861121 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2024 21:04:40 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519821772 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2024 21:04:15 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519821774 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 20:54:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519821775 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 20:54:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519821776 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 20:54:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519821777 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 20:54:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519821779 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 20:54:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519821778 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 20:54:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519821781 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 18 2024 21:03:58 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519821769 | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 18 2024 20:54:00 | Cardinal Finance Co/Dovenmuehle Mtg, Attn: Bankruptcy, 1 Corporate Dr. Ste 360, Lake Zurich, IL 60047 |
| 519880530 | Email/Text: BNCnotices@dcmservices.com | Jul 18 2024 20:54:00 | EMERG CARE SERV OF NEW JERSEY PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519880531 | Email/Text: BNCnotices@dcmservices.com | Jul 18 2024 20:54:00 | EMERG PHYS ASSOC OF SOUTH JERSEY, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519821784 | Email/Text: bankruptcycourts@equifax.com | Jul 18 2024 20:54:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 519821783 | + Email/Text: bankruptcydepartment@tsico.com | Jul 18 2024 20:55:00 | Eos Cca, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 519821785 | ^ MEBN | Jul 18 2024 20:50:59 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519821786 | Email/Text: BNSFN@capitalsvcs.com | Jul 18 2024 20:53:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 519821787 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 18 2024 21:04:07 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519868044 | + Email/Text: cashiering-administrationservices@flagstar.com | Jul 18 2024 20:55:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519821788 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 18 2024 20:53:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519821790 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 18 2024 20:54:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |
| 519821789 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 18 2024 20:54:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 519821791 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2024 20:54:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA |

Case 23-10657-ABA    Doc 30    Filed 07/20/24    Entered 07/21/24 00:16:50    Desc Imaged
                     Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: 185 | Total Noticed: 82 |

| | | | | |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 519876603 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jul 18 2024 20:55:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519821792 | ^ | MEBN | | |
| | | | Jul 18 2024 20:53:33 | Jasper/webbank/corecar, 75 Sullivan St, New York, NY 10012-4710 |
| 519821793 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jul 18 2024 20:53:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519827472 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 18 2024 21:04:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519843258 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 18 2024 20:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519821795 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 18 2024 21:16:47 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519909128 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 18 2024 21:16:59 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519884592 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 18 2024 21:16:34 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519867939 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jul 18 2024 21:04:39 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519885293 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 18 2024 21:16:47 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519870345 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jul 18 2024 20:55:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519875839 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jul 18 2024 20:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519875838 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jul 18 2024 20:54:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519821796 | + | Email/Text: clientservices@remexinc.com | | |
| | | | Jul 18 2024 20:53:00 | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519821803 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Jul 18 2024 20:53:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519821797 | + | Email/Text: bankruptcy@savit.com | | |
| | | | Jul 18 2024 20:55:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519821800 | ^ | MEBN | | |
| | | | Jul 18 2024 20:52:30 | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 519821801 | ^ | MEBN | | |
| | | | Jul 18 2024 20:54:24 | South Jersey Radiology Assoc, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519890387 | + | Email/Text: REV_Bankruptcy_General@state.de.us | | |
| | | | Jul 18 2024 20:55:00 | State of Delaware Division of Revenue, PO Box 8763, Wilmington, DE 19899-8763 |
| 519821805 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 18 2024 21:04:48 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519821804 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 18 2024 21:04:11 | Syncb/car Care Contine, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519821806 | ^ | MEBN | | |
| | | | Jul 18 2024 20:53:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519822136 | ^ | MEBN | | |
| | | | Jul 18 2024 20:53:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 23-10657-ABA    Doc 30    Filed 07/20/24    Entered 07/21/24 00:16:50    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: 185 | Total Noticed: 82 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519821807 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 21:16:18 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519821808 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 21:17:08 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519821809 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 21:27:42 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519821810 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2024 21:17:08 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519864857 | + | Email/Text: bncmail@w-legal.com | Jul 18 2024 20:55:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519821811 | + | Email/Text: bncmail@w-legal.com | Jul 18 2024 20:54:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519821813 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 18 2024 20:54:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 519853083 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 18 2024 20:53:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519821814 | ^ | MEBN | Jul 18 2024 20:51:16 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 519821815 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 18 2024 20:55:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 519821816 | + | Email/Text: LCI@upstart.com | Jul 18 2024 20:54:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519826501 | ^ | MEBN | Jul 18 2024 20:52:55 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519821817 | ^ | MEBN | Jul 18 2024 20:53:56 | Virtua Health, c/o APEX Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 519821818 | ^ | MEBN | Jul 18 2024 20:50:10 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 519851474 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 21:04:53 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 74

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519867758 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519862364 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Thomas G. Egner | on behalf of Debtor Robert DeJesus tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| Thomas G. Egner | on behalf of Joint Debtor Diana Gonzalez tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6