Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

**Order Filed on February 3, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Robert DeJesus,<br>Diana Gonzalez,<br><br><br><br>Debtors. | Chapter 13<br><br>Case No. 23-10657-ABA<br><br>Hearing Date: February 3, 2026 at 10:00 a.m.<br><br>Judge: Andrew B. Altenburg Jr |
|---|---|

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

ORDERED

**DATED: February 3, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Debtors:         Robert DeJesus
Case No.:        23-10657-ABA
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

---

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") filed by Westlake Services, LLC as serviced by Resurgent Capital Services, LP ("Movant"), and Robert DeJesus and Diana Gonzalez ("Debtors") having filed opposition thereto, with respect to the property known as 2015 Jeep Cherokee, VIN: 1C4PJMDBXFW576957 ("Collateral"), as follows and have consented to the entry of the within Order, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtors' loan matured on October 17, 2025 and are delinquent $2,872.58, plus fees and costs of $774.00 for a total delinquency of $3,646.58.

2. Debtors shall file a Modified Chapter 13 Plan within fourteen (14) days of entry of this Order to include the amount of $3,646.58. This amount shall be scheduled by the Chapter 13 Trustee as a supplemental secured claim.

3. In the event that the Debtors do not comply with any of the above the requirements, Movant may submit an order providing relief from the automatic stay without further application to the Court

4. Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.

5. Debtors shall pay attorney fees and costs for the motion for relief in the amount of $774.00 to be paid as an administrative claim through the plan.

Page 3

Debtors: Robert DeJesus
Case No.: 23-10657-ABA
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

Consent to Form and Entry

| McCalla Raymer Leibert Pierce, LLP | McDowell Law, PC |
| Attorney for the Secured Creditor | Attorney for the Debtors |

By: /s/ Laura Egerman
    Laura Egerman

By: *Thomas G. Egner* (signature)
    Thomas G. Egner

Date: 02/02/2026

Date: 2/2/2026

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10657-ABA |
| Robert DeJesus | Chapter 13 |
| Diana Gonzalez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Robert DeJesus, Diana Gonzalez, 126 Westbrook Drive, Swedesboro, NJ 08085-2535 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Westlake Services LLC as Serviced by Resurgent Capital Services, LP laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Richard Abel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Thomas G. Egner | on behalf of Debtor Robert DeJesus tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 03, 2026 | Form ID: pdf903 | Total Noticed: 1

Thomas G. Egner
    on behalf of Joint Debtor Diana Gonzalez tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8