**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
CAMDEN

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

---------------------------------------------------------------X
In re:                                            :    Chapter 13
                                                  :
**Diana Gonzalez & Robert DeJesus,**              :    Case No. 23-10657
                                                  :
                                                  :
                                                  :
                                                  :
                     **Debtors**                  :
---------------------------------------------------------------X

## WITHDRAWAL OF DOCUMENT NO. 54 CHAPTER 13 PLAN AND MOTIONS FILED ON FEBRUARY 8, 2026

I, **Thomas G. Egner, Esq.,** counsel to Debtor(s), **Diana Gonzalez & Robert DeJesus,** hereby withdraw document no. **54**, Chapter 13 Plan And Motions filed **2/8/2026** in the above referenced matter.

McDowell Law, PC

Dated: February 8, 2026                *By:/s/***Thomas G. Egner**
                                       **Thomas G. Egner,** Esq.
                                       Attorney for the Debtor(s)