Form 185 − ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−10657−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert DeJesus
126 Westbrook Drive
Swedesboro, NJ 08085−2535

Diana Gonzalez
aka Diana Centeno
126 Westbrook Drive
Swedesboro, NJ 08085−2535

Social Security No.:
  xxx−xx−6880

  xxx−xx−5078

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 29, 2024.

On the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:              March 11, 2026
Time:               10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 9, 2026
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 23-10657-ABA

Robert DeJesus                                                            Chapter 13

Diana Gonzalez

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 09, 2026 | Form ID: 185 | Total Noticed: 84 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Robert DeJesus, Diana Gonzalez, 126 Westbrook Drive, Swedesboro, NJ 08085-2535 |
| 519821767 | + | Bridgeton Onized Federal Credit Union, PO Box 2430, 2550 S Main Rd., Vineland, NJ 08360-7138 |
| 519821782 | + | Delware Division of Revenue, Carvel State Office Building, 820 N French St., Wilmington, DE 19801-3509 |
| 519821794 | + | Pepco Holdings, 500 N Wakefield Drive, 92DC42, Newark, DE 19702-5440 |
| 519821798 | + | Sonia H. Ortiz, 218 Belmont Ave., Bridgeton, NJ 08302-4007 |
| 519821799 | + | South Jersey Emergency Physicians, PO Box 27005, Newark, NJ 07101-6705 |
| 519821802 | + | State of New Jersey, Dept. of Labor and Workforce, LWD Benefit Payment Control, PO BOX 650, Trenton, NJ 08646-0650 |
| 519821812 | + | Township of Woolwich, Attn: Tax Office, 120 Village Green Dr., Woolwich, NJ 08085-3180 |
| 519826501 | +++ | Upstart Network Inc, c/o Peritus Portfolio Services II LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 09 2026 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 09 2026 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519821763 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 09 2026 21:05:26 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519821764 | ^ | MEBN | Feb 09 2026 20:52:32 | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 519821765 | + | Email/Text: bankruptcy@pepcoholdings.com | Feb 09 2026 21:02:00 | Atlantic City Electric, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519821766 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 09 2026 21:01:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519872561 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 09 2026 21:01:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519821770 | + | Email/Text: BKPT@cfna.com | Feb 09 2026 21:01:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 519821773 | + | Email/Text: documentfiling@lciinc.com | Feb 09 2026 21:01:00 | COMCAST, PO Box 1931, Burlingame, CA 94011-1931 |
| 519821780 | | Email/Text: cfcbackoffice@contfinco.com | Feb 09 2026 21:02:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 519830401 | | Email/Text: BKPT@cfna.com | | |

District/off: 0312-1                   User: admin                                             Page 2 of 5
Date Rcvd: Feb 09, 2026                Form ID: 185                                       Total Noticed: 84

| ID | | Method / Email | Timestamp | Recipient |
|---|---|---|---|---|
| | | | Feb 09 2026 21:01:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OHIO 44181-8011 |
| 519821768 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2026 21:05:11 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519838075 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 09 2026 21:05:03 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519821771 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2026 21:05:16 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519861121 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2026 21:05:16 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519821772 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2026 21:05:16 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519821774 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2026 21:02:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519821775 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2026 21:02:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519821776 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2026 21:02:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519821777 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2026 21:02:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519821779 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2026 21:02:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519821778 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2026 21:02:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519821781 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 09 2026 21:05:12 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519821769 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 09 2026 21:02:00 | Cardinal Finance Co/Dovenmuehle Mtg, Attn: Bankruptcy, 1 Corporate Dr. Ste 360, Lake Zurich, IL 60047 |
| 519880530 | | Email/Text: BNCnotices@dcmservices.com | Feb 09 2026 21:02:00 | EMERG CARE SERV OF NEW JERSEY PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519880531 | | Email/Text: BNCnotices@dcmservices.com | Feb 09 2026 21:02:00 | EMERG PHYS ASSOC OF SOUTH JERSEY, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519821784 | | Email/Text: bankruptcycourts@equifax.com | Feb 09 2026 21:02:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 519821783 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 09 2026 21:03:00 | Eos Cca, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 519821785 | ^ | MEBN | Feb 09 2026 20:52:20 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519821786 | | Email/Text: BNSFN@capitalsvcs.com | Feb 09 2026 21:02:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 519821787 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 09 2026 21:05:01 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519868044 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 09 2026 21:02:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519821788 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 09 2026 21:01:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519821790 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 09 2026 21:02:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |
| 519821789 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 09 2026 21:02:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |

| | | | |
|---|---|---|---|
| 519821791 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2026 21:02:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519876603 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2026 21:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519821792 | ^ MEBN | Feb 09 2026 20:53:28 | Jasper/webbank/corecar, 75 Sullivan St, New York, NY 10012-4710 |
| 519821793 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2026 21:04:59 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520640634 | ^ MEBN | Feb 09 2026 20:53:39 | LAKEVIEW LOAN SERVICING, LLC, M&T Bank as Servicer, P.O. Box 1288, Buffalo, NY 14240-1288, LAKEVIEW LOAN SERVICING, LLC, M&T Bank as Servicer 14240-1288 |
| 520640633 | ^ MEBN | Feb 09 2026 20:53:40 | LAKEVIEW LOAN SERVICING, LLC, M&T Bank as Servicer, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 519827472 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2026 21:05:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519843258 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2026 21:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519821795 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2026 21:05:13 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519909128 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2026 21:05:01 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519884592 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2026 21:05:01 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519867939 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2026 21:05:13 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519885293 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2026 21:05:15 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519870345 | + Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2026 21:03:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519875839 | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2026 21:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519875838 | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2026 21:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519821796 | + Email/Text: clientservices@remexinc.com | Feb 09 2026 21:02:00 | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519821803 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 09 2026 21:02:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519821797 | + Email/Text: bankruptcy@savit.com | Feb 09 2026 21:03:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519821800 | ^ MEBN | Feb 09 2026 20:53:22 | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 519821801 | ^ MEBN | Feb 09 2026 20:54:12 | South Jersey Radiology Assoc, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519890387 | + Email/Text: REV_Bankruptcy_General@state.de.us | Feb 09 2026 21:03:00 | State of Delaware Division of Revenue, PO Box 8763, Wilmington, DE 19899-8763 |
| 519821805 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2026 21:05:22 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

District/off: 0312-1                          User: admin                                    Page 4 of 5
Date Rcvd: Feb 09, 2026                     Form ID: 185                                Total Noticed: 84

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519821804 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2026 21:04:58 | Syncb/car Care Contine, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519821806 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2026 21:05:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519822136 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2026 21:05:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519821807 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2026 21:04:58 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519821808 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2026 21:05:22 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519821809 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2026 21:04:59 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519821810 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2026 21:04:59 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519864857 | + | Email/Text: bncmail@w-legal.com | Feb 09 2026 21:03:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519821811 | + | Email/Text: bncmail@w-legal.com | Feb 09 2026 21:02:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519821813 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 09 2026 21:02:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 519853083 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 09 2026 21:02:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519821814 | ^ | MEBN | Feb 09 2026 20:52:24 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 519821815 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 09 2026 21:03:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 519821816 | + | Email/Text: UpStart@ebn.phinsolutions.com | Feb 09 2026 21:02:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519821817 | ^ | MEBN | Feb 09 2026 20:53:52 | Virtua Health, c/o APEX Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 519821818 | ^ | MEBN | Feb 09 2026 20:52:07 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 519851474 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2026 21:05:26 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 75

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519867758 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519862364 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0312-1                      User: admin                                    Page 5 of 5

Date Rcvd: Feb 09, 2026                   Form ID: 185                                    Total Noticed: 84

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026                   Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Westlake Services  LLC as Serviced by Resurgent Capital Services, LP laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Richard Abel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| Thomas G. Egner | on behalf of Debtor Robert DeJesus tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| Thomas G. Egner | on behalf of Joint Debtor Diana Gonzalez tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8