UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas G. Egner, Esq.

McDowell Law, PC

46 West Main St.

Maple Shade, NJ 08052

Phone: 856-482-5544 / Fax: 856-482-5511

tegner@mcdowelllegal.com

**Order Filed on February 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Robert DeJesus

    Diana Gonzalez

                Debtors.

| | |
|---|---|
| Case No.: | 23-10657-ABA |
| Chapter: | 13 |
| Judge: | Altenburg |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 18, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas G. Egner_____, the applicant, is allowed a fee of $ _____350.00_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____350.00_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2