Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

**Order Filed on April 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Robert DeJesus,<br>Diana Gonzalez,<br><br><br><br>                              Debtors. | Chapter 13<br><br>Case No. 23-10657-ABA<br><br>Hearing Date: February 3, 2026 at 10:00 a.m.<br><br>Judge: Andrew B. Altenburg Jr |

**AMENDED CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: April 14, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Debtors:          Robert DeJesus
Case No.:         23-10657-ABA
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") filed by Westlake Services, LLC as serviced by Resurgent Capital Services, LP ("Movant"), and Robert DeJesus and Diana Gonzalez ("Debtors") having filed opposition thereto, with respect to the property known as 2015 Jeep Cherokee, VIN: 1C4PJMDBXFW576957 ("Collateral"), as follows and have consented to the entry of the within Order, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtors' loan matured on October 17, 2025 and are delinquent $2,872.58, plus fees and costs of $774.00 for a total delinquency of $3,646.58.

2. Debtors shall file a Modified Chapter 13 Plan within fourteen (14) days of entry of this Order to include the amount of $3,646.58. This amount shall be scheduled by the Chapter 13 Trustee as a supplemental secured claim.

3. In the event that the Debtors do not comply with any of the above the requirements, Movant may submit an order providing relief from the automatic stay without further application to the Court

4. Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.

Page 3

Debtors:            Robert DeJesus
Case No.:           23-10657-ABA
Caption of Order:   **AMENDED CONSENT ORDER RESOLVING SECURED
CREDITOR'S MOTION FOR RELIEF FROM THE
AUTOMATIC STAY AND PROVIDING FOR CURE OF
POST-PETITION ARREARS**

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLP          McDowell Law, PC
Attorney for the Secured Creditor           Attorney for the Debtors

By:  /s/ Laura Egerman                      By:  _____
        Laura Egerman                                Thomas G. Egner

Date: 03/30/2026                            Date: 3/30/2026