Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

**Order Filed on April 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Robert DeJesus,<br>Diana Gonzalez,<br><br><div align="right">Debtors.</div> | Chapter 13<br><br>Case No. 23-10657-ABA<br><br>Hearing Date: February 3, 2026 at 10:00 a.m.<br><br>Judge: Andrew B. Altenburg Jr |

**AMENDED CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR
RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-
PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: April 14, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Debtors:            Robert DeJesus
Case No.:           23-10657-ABA
Caption of Order:   **CONSENT ORDER RESOLVING SECURED CREDITOR'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AND PROVIDING FOR CURE OF POST-PETITION
ARREARS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") filed by Westlake Services, LLC as serviced by Resurgent Capital Services, LP ("Movant"), and Robert DeJesus and Diana Gonzalez ("Debtors") having filed opposition thereto, with respect to the property known as 2015 Jeep Cherokee, VIN: 1C4PJMDBXFW576957 ("Collateral"), as follows and have consented to the entry of the within Order, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtors' loan matured on October 17, 2025 and are delinquent $2,872.58, plus fees and costs of $774.00 for a total delinquency of $3,646.58.

2. Debtors shall file a Modified Chapter 13 Plan within fourteen (14) days of entry of this Order to include the amount of $3,646.58. This amount shall be scheduled by the Chapter 13 Trustee as a supplemental secured claim.

3. In the event that the Debtors do not comply with any of the above the requirements, Movant may submit an order providing relief from the automatic stay without further application to the Court

4. Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.

Page 3

Debtors:          Robert DeJesus
Case No.:         23-10657-ABA
Caption of Order: **AMENDED CONSENT ORDER RESOLVING SECURED
                  CREDITOR'S MOTION FOR RELIEF FROM THE
                  AUTOMATIC STAY AND PROVIDING FOR CURE OF
                  POST-PETITION ARREARS**

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLP          McDowell Law, PC
Attorney for the Secured Creditor           Attorney for the Debtors

By:  /s/ Laura Egerman                       By:  _____
     Laura Egerman                                Thomas G. Egner

Date: 03/30/2026                             Date: 3/30/2026

United States Bankruptcy Court

District of New Jersey

In re:

Robert DeJesus

Diana Gonzalez

    Debtors

Case No. 23-10657-ABA

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2026 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

**Recip ID**     **Recipient Name and Address**
db/jdb     Robert DeJesus, Diana Gonzalez, 126 Westbrook Drive, Swedesboro, NJ 08085-2535

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Laura M. Egerman | on behalf of Creditor Westlake Services  LLC as Serviced by Resurgent Capital Services, LP laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Richard Abel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| Thomas G. Egner | on behalf of Debtor Robert DeJesus tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| Thomas G. Egner | |

District/off: 0312-1                                    User: admin                                            Page 2 of 2
Date Rcvd: Apr 14, 2026                                 Form ID: pdf903                                        Total Noticed: 1

on behalf of Joint Debtor Diana Gonzalez tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcd
owelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8